# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00937-DLB PC<br><br>ORDER DISMISSING THIS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 10 & 12) |

    Plaintiff Carlos Alvarez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  On June 11, 2012, Plaintiff filed his complaint.  (ECF No. 1.)  On March 12, 2013, the Court dismissed Plaintiff's complaint with leave to amend.  (ECF No. 6.)  On May 31, 2013, Plaintiff filed a first amended complaint.  (ECF No. 9.)  On September 30, 2013, the Court dismissed Plaintiff's first amended complaint for failure to state a claim.

    On November 13, 2013, the Court granted Plaintiff an additional thirty days to file an amended complaint.  (ECF No. 12.)  Plaintiff was cautioned that the failure to file an amended complaint would result in the dismissal of this action for failure to obey a court order and failure to state a claim.  More than thirty days has passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1.     This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983;

2.     This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g).  *Silva v. Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011); and

3.     The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                             /s/ Dennis L. Beck
                                                                   UNITED STATES MAGISTRATE JUDGE